## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

                                                                                                                 Civil Action
                                                                                                                 No: 13-cv-10525-WGY

**MCHUGH**
**Plaintiff**

v.

**LTD FINANCIAL SERVICES, L.P. et al**
**Defendant**

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

      The Court having been advised on  that the above-entitled action has been settled:
      IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                                 By the Court,

                                                                   /s/ Jennifer Gaudet
                                                                 **Deputy Clerk**

July 12, 2013

To: All Counsel